No. 70–5029. MARTINKA ET AL. *v.* OREGON. Ct. App. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.

No. 70–5042. ANDREWS ET AL. *v.* OREGON. Ct. App. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.

No. 70–5063. PLANCK *v.* OREGON. Ct. App. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.

No. 70–5203. RIDDELL *v.* OREGON. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.

No. 71–5002. MITCHELL ET AL. *v.* OREGON. Ct. App. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.

No. 71–5581. ATKISON ET AL. *v.* OREGON. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.

No. 71–6325. TEMPLE ET AL. *v.* OREGON. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE DOUGLAS dissents.